**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Apple Tree Life Sciences, Inc., *et al.*,[1] | ) | Case No. 25-12177 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR ATP**
**LIFE SCIENCE VENTURES, L.P. CASE NO. 25-12178**

Amended Herein:

- Amended and Supplemental Schedule E/F Part 2: Creditors Who Have Unsecured Claims
- Supplemental Schedule G: Executory Contracts and Unexpired Leases
- Amended Summary of Assets and Liabilities for Non-Individuals

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Apple Tree Life Sciences, Inc. (4506); ATP Life Science Ventures, L.P. (8224); ATP III GP, Ltd. (6091); Apertor Pharmaceuticals, Inc. (3161); Initial Therapeutics, Inc. (2453); Marlinspike Therapeutics, Inc. (4757); Red Queen Therapeutics, Inc. (8563); Evercrisp Biosciences, Inc. (4437); Nine Square Therapeutics, Inc. (4503) and Nereid Therapeutics Incorporated (8493). The location of the Debtors' service address in these chapter 11 cases is 230 Park Avenue, Suite 2800, New York, NY 10169.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Apple Tree Life Sciences, Inc., *et al.*,[1] | Case No. 25-12177 (LSS) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL GLOBAL NOTES REGARDING**
**THE DEBTORS' AMENDED SCHEDULES OF ASSETS AND LIABILITIES**

On January 30, March 4, and March 5, 2026, Apple Tree Life Sciences, Inc. ("ATLS"), and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed their respective *Schedules of Assets and Liabilities* (each, a "Schedule," and collectively, the "Schedules") and *Statements of Financial Affairs* (each, a "Statement," and collectively with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). The Schedules and Statements are filed at Docket Nos. 236-242, 429-436, 439-442 & 446-447.

The Debtors are filing these amendments to the Schedules (the "Supplemental Schedules") in accordance with the Bankruptcy Code, Bankruptcy Rules, and Local Rules. These Supplemental Schedules are in addition to, and are not in replacement of, any portion of the Schedules. Any consideration of these Supplemental Schedules should be done in tandem with review of the Schedules and Statements previously filed, including any global notes attached thereto.

These global notes and statements of limitations, methodology and disclaimers regarding the Debtors' Supplemental Schedules (the "Supplemental Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Supplemental Schedules and should be referred to, and referenced in connection with, any review of the Supplemental Schedules.[2]  Similarly, the global notes affixed to the Debtors' Schedules and Statements (the

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number include: Apple Tree Life Sciences, Inc. (4506); ATP Life Science Ventures, L.P. (8224); ATP III GP, Ltd. (6091); Apertor Pharmaceuticals, Inc. (3161); Initial Therapeutics, Inc. (2453); Marlinspike Therapeutics, Inc. (4757); Red Queen Therapeutics, Inc. (8563); Evercrisp Biosciences, Inc. (4437); Nine Square Therapeutics, Inc. (4503); and Nereid Therapeutics Incorporated (8493). The location of the Debtors' service address in these chapter 11 cases is 230 Park Avenue, Suite 2800, New York, NY 10169.

[2]  These Supplemental Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Supplemental Schedules.  The fact that the Debtors prepared these Supplemental Global Notes with respect to any of the individual Debtor's Supplemental Schedules and not to those of another should not be

"Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Supplemental Schedules.  The Global Notes should be reviewed in connection with any review of these Supplemental Global Notes and the Supplemental Schedules.

**Schedule E/F: Creditors Who Have Unsecured Claims**

The liabilities identified in Supplemental Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Supplemental Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The amounts listed on Supplemental Schedule E/F may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights. Some of the scheduled liabilities may be unknown, contingent and/or unliquidated at this time.  In such cases, the amounts may be listed as "Undetermined."  Accordingly, the Supplemental Schedules, in connection with the Schedules and Statements, may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

In addition to nonpriority unsecured claims by third-party claimants, intercompany payables between and among the Debtors and non-Debtor affiliates may also be reported on Supplemental Schedule E/F, Part 2. The intercompany claims/listing of payments to affiliates are for general services and the payment for/of services under pre-existing agreements.

**Schedule G: Unexpired Leases and Executory Contracts**

The contracts, agreements and leases listed on Supplemental Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Supplemental Schedule G, despite the Debtor's use of reasonable efforts to identify such documents. Certain of the executory contracts and unexpired leases listed on Supplemental Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights, which are not set forth separately on Supplemental Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as subordination, non disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Supplemental Schedule G. Certain of the executory contracts may not have been memorialized and may be subject to dispute. Certain of the executory contracts or unexpired leases listed in Supplemental Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and

---

interpreted as a decision by the Debtors to exclude the applicability of such Supplemental Global Note to any of the Debtors' Supplemental Schedules, as appropriate.

partial releases. Executory contracts that are oral in nature, if any, have not been included on Supplemental Schedule G. To the extent the Bankruptcy Court determines a particular contract is executory, the Debtor will amend the Schedules to add that contract, as necessary or appropriate.

Omission of a contract or agreement from Supplemental Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**Fill in this information to identify the case:**

Debtor Name: In re : ATP Life Science Ventures, L.P.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-12178 ()

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

## Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**

  Copy line 88 from *Schedule A/B* ..................................................................................

  $ _____ 0.00

  1b. **Total personal property:**

  Copy line 91A from *Schedule A/B* ................................................................................

  $ _____ 3,586,892,615.38

  1c. **Total of all property:**

  Copy line 92 from *Schedule A/B* ..................................................................................

  $ _____ 3,586,892,615.38

## Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................................

  $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**

  Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................................

  $ _____ 0.00

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**

  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................................

  + $ _____ 215,729,553.50 *

4. **Total liabilities**

  Lines 2 + 3a + 3b ................................................................................................................

  $ _____ 215,729,553.50 *

*Amended herein: amount updated

**Fill in this information to identify the case:**

Debtor Name: In re : ATP Life Science Ventures, L.P.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-12178 ()

☑ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**      **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☑  No. Go to Part 2.

   ☐  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ _____  $ _____ |
|---|---|

*Check all that apply.*

_____
Creditor Name

☐  Contingent

☐  Unliquidated

_____
Creditor's Notice name

☐  Disputed

_____
Address

**Basis for the claim:**

_____
_____

_____
_____

_____  _____  _____
City           State          ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐  No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

☐  Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
| --- | --- |

3.1 **Nonpriority creditor's name and mailing address**

Ascidian Therapeutics, Inc.
Creditor Name

_____
Creditor's Notice name

80 Guest Street
Address

4th Floor
_____

| Boston | MA | 02135 |
| --- | --- | --- |
| City | State | ZIP Code |

_____
Country

**As of the petition filing date, the claim is:**  $   6,000,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Funding

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

*Amended herein: removed*

**Is the claim subject to offset?**

☐ No

☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

Blackstone Chambers
Creditor Name

_____
Creditor's Notice name

Blackstone House, Temple
Address

_____

| London | | EC4Y 9BW |
| --- | --- | --- |
| City | State | ZIP Code |

United Kingdom
Country

**As of the petition filing date, the claim is:**  $   13,324.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional Services

**Date or dates debt was incurred**

12/4/2025; 12/5/2025

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: ATP Life Science Ventures, L.P.                                    Case number *(if known)*:    25-12178
_____
Name

**3.3 Nonpriority creditor's name and mailing address**

Cornerstone Research, Inc.
_____
Creditor Name


_____
Creditor's Notice name


Two Embarcadero Center
_____
Address

20th Floor
_____


_____

San Francisco         CA                 94111
_____   _____     _____
City                  State            ZIP Code


_____
Country

**Date or dates debt was incurred**

10/22/2025
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    7,691.50
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Professional Services
_____

**Is the claim subject to offset?**

☑   No

☐   Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City      State      ZIP Code | | |
| Country | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $                           0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $              (5,978,984.50) |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $              (5,978,984.50) |

**Fill in this information to identify the case:**

Debtor Name: In re : ATP Life Science Ventures, L.P.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-12178 ()

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | Stock Purchase Agreement | Aethon Therapeutics, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 230 Park Avenue |
| **State the term remaining** | N/A | Address |
| | | Suite 2800 |
| **List the contract number of any government contract** | | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10169 |

Country

| | | |
|---|---|---|
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** | Stock Purchase Agreement | Apertor Pharmaceuticals, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 230 Park Avenue |
| **State the term remaining** | N/A | Address |
| | | Suite 2800 |
| **List the contract number of any government contract** | | |
| | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10169 |

Country

Debtor: ATP Life Science Ventures, L.P.
_____
Name

Case number *(if known)*:  25-12178
_____

| | | |
|---|---|---|
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Management Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Apple Tree Venture Management, LLC
_____
Name

_____
Notice Name

230 Park Avenue
_____
Address

Suite 2800
_____

_____

| | | |
|---|---|---|
| New York | NY | 10169 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Pool V-1 Carried Interest Percentage Grant Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Danjie (Eva) Zhou
_____
Name

_____
Notice Name

Address on file
_____
Address

_____

_____

| | | |
|---|---|---|
| | | |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Pool V-2 Carried Interest Percentage Grant Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Danjie (Eva) Zhou
_____
Name

_____
Notice Name

Address on file
_____
Address

_____

_____

| | | |
|---|---|---|
| | | |
| City | State | ZIP Code |

_____
Country

Debtor: ATP Life Science Ventures, L.P.                                    Case number *(if known):*  25-12178
_____                                          _____
Name

| | | |
|---|---|---|
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest** | Stock Purchase Agreement | Deep Apple Therapeutics, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 230 Park Avenue |
| **State the term remaining** | N/A | Address |
| | | Suite 2800 |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| | | | |
|---|---|---|---|
| | | New York | NY | 10169 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | | |

| | | |
|---|---|---|
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest** | Stock Purchase Agreement | Evercrisp Biosciences, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 230 Park Avenue |
| **State the term remaining** | N/A | Address |
| | | Suite 2800 |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| | | | |
|---|---|---|---|
| | | New York | NY | 10169 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | | |

| | | |
|---|---|---|
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest** | Stock Purchase Agreement | Initial Therapeutics, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 230 Park Avenue |
| **State the term remaining** | N/A | Address |
| | | Suite 2800 |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |

| | | | |
|---|---|---|---|
| | | New York | NY | 10169 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | | |

Debtor:  ATP Life Science Ventures, L.P.
_____
Name

Case number *(if known)*:  25-12178
_____

**2.9** **State what the contract or lease is for and the nature of the debtor's interest**   Stock Purchase Agreement

Marengo Therapeutics, Inc.
_____
Name

_____
Notice Name

840 Memorial Drive
_____
Address

4th Floor
_____

**State the term remaining**   N/A

**List the contract number of any government contract**

_____

| Cambridge | MA | 02139 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.10** **State what the contract or lease is for and the nature of the debtor's interest**   Pool B Carried Interest Percentage Grant Agreement

Marie-Therese Afif
_____
Name

_____
Notice Name

Address on file
_____
Address

_____

**State the term remaining**   N/A

**List the contract number of any government contract**

_____

| City | State | ZIP Code |
|---|---|---|

_____
Country

**2.11** **State what the contract or lease is for and the nature of the debtor's interest**   Pool C Carried Interest Percentage Grant Agreement

Marie-Therese Afif
_____
Name

_____
Notice Name

Address on file
_____
Address

_____

**State the term remaining**   N/A

**List the contract number of any government contract**

_____

| City | State | ZIP Code |
|---|---|---|

_____
Country

Debtor: ATP Life Science Ventures, L.P.
_____
Name

Case number *(if known):*  25-12178
_____

**2.12** **State what the contract or lease is for and the nature of the debtor's interest**

Stock Purchase Agreement

Marlinspike Therapeutics, Inc.
Name

_____
Notice Name

245 Main Street, 12th Floor
Address

**State the term remaining**  N/A

_____

**List the contract number of any government contract**

_____

| Cambridge | MA | 02142 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.13** **State what the contract or lease is for and the nature of the debtor's interest**

Incentive Common Units Grant Agreement

Paul Eisenberg
Name

_____
Notice Name

Address on file
Address

**State the term remaining**  N/A

_____

**List the contract number of any government contract**

_____

| City | State | ZIP Code |
|---|---|---|

_____
Country

**2.14** **State what the contract or lease is for and the nature of the debtor's interest**

Stock Purchase Agreement

Red Queen Therapeutics, Inc.
Name

_____
Notice Name

245 Main Street
Address

**State the term remaining**  N/A

_____

**List the contract number of any government contract**

_____

| Cambridge | MA | 02142 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Official Form 206G              **Schedule G: Executory Contracts and Unexpired Leases**              Page 5 of 6

Debtor: ATP Life Science Ventures, L.P.
_____
Name

Case number *(if known)*: 25-12178
_____

**2.15** **State what the contract or lease is for and the nature of the debtor's interest**  Stock Purchase Agreement

Replicate Bioscience, Inc.
Name

Notice Name

10210 Campus Point Drive #150
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| San Diego | CA | 92121 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**  Pool B Carried Interest Percentage Grant Agreement

Sally Jacob
Name

Notice Name

Address on file
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**  Pool C Carried Interest Percentage Grant Agreement

Sally Jacob
Name

Notice Name

Address on file
Address

**State the term remaining**  N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**Fill in this information to identify the case:**

Debtor Name: In re : ATP Life Science Ventures, L.P.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-12178 ()

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*    Amended and Supplemental Schedule E/F Part 2: Creditors Who Have Unsecred Claims, Supplemental Schedule G - Executory Contracts and Unexpired Leases, Amended Summary of Assets and Liabilities for Non-Indiviuduals

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/01/2026                    ✖ / s / Perry M. Mandarino
              _____              _____
              MM / DD / YYYY                   Signature of individual signing on behalf of debtor


                                              Perry M. Mandarino
                                              _____
                                              Printed name

                                              Chief Restructuring Officer
                                              _____
                                              Position or relationship to debtor